IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **WILLIAM SHANK,** *et al.*, <br><br>                      **Plaintiffs,** <br><br>        v. <br><br> **EAGLE TECHNOLOGIES,** *et al.* <br><br>                      **Defendants.** | **Case No. 8:10-cv-02231-RWT** |

**DEFENDANT PROTECTION STRATEGIES INCORPORATED'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUE OF SUCCESSOR LIABILITY**

COMES NOW Defendant Protection Strategies Incorporated ("PSI"), by undersigned counsel, and respectfully requests that this Court grant partial summary judgment on the issue of PSI's liability to Plaintiffs, on any state law claims, pursuant to a theory of successor liability. Specifically, PSI asks that this Court rule that PSI is not liable for any damages related to any state law claims that accrued prior to PSI's purchase of the assets of Defendant Eagle Technologies, Inc. ("Eagle"). PSI is entitled to this relief because there is no genuine dispute that the ownership of Eagle is entirely different from the ownership of PSI and, consequently, there is not the required "continuity of entity" necessary to impose successor liability for state law claims against PSI.

A memorandum of points and authorities in support of this motion is attached hereto.

Respectfully submitted,

**FRIEDLANDER MISLER, PLLC**

By: /s/ *Thomas F. Murphy*
Robert E. Greenberg, Esq.
Thomas F. Murphy, Esq.
1101 17th Street, NW
Suite 700
Washington, DC  20036-4704
(202) 872-0800
*Counsel for Protection Strategies Incorporated.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2011, a copy of the foregoing, was served via first-class mail to:

>George Hermina, Esq.
>John Hermina, Esq.
>Hermina Law Group
>8327 Cherry Lane
>Laurel, Maryland 20707
>*Counsel for Plaintiff*

By: */s/ Thomas F. Murphy*
Thomas F. Murphy