UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

# MEMORANDUM

TO:      John Hermina, Esquire
          George Hermina, Esquire
          Robert Eric Greenberg, Esquire
          Thomas F. Murphy, Esquire

FROM:    Judge Charles B. Day
             United States Magistrate Judge

RE:      <u>Shank, et al. v. Eagle Technologies, Inc. and Protection Strategies, Inc.</u>
          Civil Action No. RWT-10-2231

DATE:     September 26, 2011

* * * * * * * * *

Please be advised that a telephone conference hearing has been scheduled for **Tuesday, September 27, 2011 at 4:30 p.m. (EST)** in the above-captioned matter regarding the settlement conference scheduled for Tuesday, October 4, 2011.

Counsel are asked to dial into the telephone conference using the following phone number, access code, and participant security code:

| | |
|---|---|
| Phone number: | (888) 684-8852 |
| Access code: | 5923783 |
| Participant Security code: | 1350 |

Despite the informal nature of this memorandum, it is nonetheless an Order of the Court, and the Clerk is directed to docket it as such.