# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**ROGER W. TITUS**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0052

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *Shank et al v. Eagle Technologies, Inc., et al.*
Civil Case No: RWT-10-2231

DATE: September 21, 2011

\* \* \* \* \* \* \* \* \*

Please be advised that the hearing that has been scheduled for **November 7, 2011 at 2:00 p.m.** on on [54] Defendant Protection Strategies, Inc.'s Motion to Dismiss will also now include [72] Defendant Protection Strategies, Inc.'s Motion for Partial Summary Judgment on Successor Liability.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Roger W. Titus
United States District Judge