IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **WILLIAM SHANK,** *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> **EAGLE TECHNOLOGIES, INC** *et al.* <br><br> Defendants. | * <br> * <br> * <br> * <br> *   Case No.: RWT 10cv2231 <br> * <br> * <br> * <br> * <br> * <br> * |

## ORDER

Upon consideration of Defendant Protection Strategies Incorporated's Motion to Dismiss [ECF No. 54], Defendant Protection Strategies Incorporated's Motion for Partial Summary Judgment on Issue of Successor Liability [ECF No. 72], Defendant Protection Strategies Incorporated's Motion for Partial Summary Judgment on Counts Eleven and Twelve of Plaintiffs' Amended Complaint [ECF No. 91], and the argument of counsel, it is, for reasons stated on the record, this 9th day of November, 2011, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant Protection Strategies Incorporated's Motion for Partial Summary Judgment on Issue of Successor Liability [ECF No. 72] is **GRANTED**; and it is further

**ORDERED**, that all claims asserted by the Plaintiffs against Defendant Protection Strategies Incorporated, arising out of actions of Defendant Eagle Technologies Incorporated, other than those asserted in Count Six of the Amended District Court Complaint, are **DISMISSED**; and it is further

**ORDERED**, that Count Nine of the Amended District Court Complaint is **DISMISSED**; and it is further

**ORDERED**, that Defendant Protection Strategies Incorporated's Motion for Partial Summary Judgment on Counts Eleven and Twelve of Plaintiffs' Amended Complaint [ECF No. 91] is **DEFERRED** as to Count Eleven, and **GRANTED** as to Count Twelve; and it is further

**ORDERED**, that Count Twelve is **DISMISSED**; and it is further

**ORDERED**, that Defendant Protection Strategies Incorporated's Motion to Dismiss [ECF No. 54] is **GRANTED, in part,** and **DENIED, in part,** as to Counts One, Three and Eight; and it is further

**ORDERED**, that Counts Two and Seven are **DISMISSED**; and it is further

**ORDERED**, that Count Five is **DISMISSED** as to all overtime claims arising prior to October 1, 2010; and it is further

**ORDERED**, that Count Four is **DISMISSED** with leave to amend, if factually appropriate, limited to claims of fraud related to actions of Defendant Protection Strategies Incorporated and not to actions of Defendant Eagle Technologies Incorporated.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE