**EXHIBIT "3"**

# QUOTATION COVER SHEET

## *FINAL PROPOSAL REVISIONS*

### Request for Quote # HSCEE3-09-Q-00002

**for Armed Security Guards at the**
**National Biodefense Analysis and Countermeasures Center at Fort Detrick, MD**

*Submitted by:*

## Eagle Technologies, Inc.

9301 Annapolis Road, Suite 200
Lanham, MD 20706-3130

Tel: 301/306-9110
Fax: 301/306-9166
www.etisecurity.com

*Point of Contact*
**Wesley E. Sturdivant, Executive Vice President**
Phone: 301/306-9110, ext. 106
Fax: 301/306-9166
Cell: 202/345-4685
Email: wsturdivant@etisecurity.com

*DUNS No.: 107236650*      *Tax ID No: 52-2192213*
**FEDERAL SUPPLY SCHEDULE 084 – Contract Number: GS-07F-0442N**

Period Covered by Contract: April 8, 2008 through April 7, 2013
Business Size: Small, Small Disadvantaged, 8(a), Veteran Owned
Prompt Payment Terms:  Net 30 days

By submission of this proposal, Eagle Technologies, Inc. acknowledges Amendments to the Solicitation:
000001 (dated 11/24/2008)

_____                    January 6, 2009_____
Nicholas V. Christiansen, President & CEO

This proposal/response includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate this proposal or response. If however, a contract is awarded to Eagle Technologies, Inc. as a result of, or in connection with, the submission of this data, the Government shall have the right to duplicate, use or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained on all pages.

3

PSI01486
CONFIDENTIAL

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS
OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30

| 1. REQUISITION NUMBER | | PAGE | OF |
|---|---|---|---|
| NBACC, Ft. Detrick, MD | | 1 | 142 |

| 2. CONTRACT NO. | 3. AWARD/ | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION |
|---|---|---|---|---|
| HSCEE3-09-A-00006 | EFFECTIVE DATE 01/30/2009 | | HSCEE3-09-Q-00002 | ISSUE DATE 11/10/2008 |

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Todd Wanner | b. TELEPHONE NUMBER (No collect calls) 215-521-2251 | 9. OFFER DUE DATE/LOCAL TIME |
|---|---|---|---|

**9. ISSUED BY** CODE ICE/FPS/EAST

ICE/FPS/East CCG/Region 3
Immigration and Customs Enforcement
Federal Protective Service
Office of Acquisition Management
701 Market Street, Suite 4200
Philadelphia PA 19106

**10. THIS ACQUISITION IS**
☒ UNRESTRICTED OR ☐ SET ASIDE: ____ % FOR:
☐ SMALL BUSINESS ☐ EMERGING SMALL BUSINESS
NAICS: ☐ HUBZONE SMALL BUSINESS
SIZE STANDARD: ☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS ☐ 8(A)

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☐ SEE SCHEDULE | 12. DISCOUNT TERMS As Indicated On Each Call | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☐ RFP | |

**15. DELIVER TO** CODE

As Indicated On Each Call

**16. ADMINISTERED BY** CODE ICE/FPS/EAST C

ICE/FPS/East CCG/Region 3
Immigration and Customs Enforcement
Ofc of Acquisition Management - FPS
701 Market Street, Suite 4200
Attn: <<Enter Contract Specialist>>
Philadelphia PA 19106

**17a. CONTRACTOR/OFFEROR** CODE 1072366500000 FACILITY CODE

EAGLE TECHNOLOGIES, INC.
9301 ANNAPOLIS RD STE 200
LANHAM MD 207063130

TELEPHONE NO.

**18a. PAYMENT WILL BE MADE BY** CODE

As Indicated On Each Call

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | GSA Contract #: GS-07F-0442N This Blanket Pruchase Agreement (BPA) is issued against GSA Schedule Contract Number GS-07F-0442N in response to Request for Quotation Number HSCEE3-09-Q-00002 for Armed Security Guard Services at the National Biodefense Analysis and Countermeasures Center (NBACC), Fort Detrick, MD. This award incorporates by reference the RFQ with all amendments and your technical and price quote (Use Reverse and/or Attach Additional Sheets as Necessary) | | | | |

**25. ACCOUNTING AND APPROPRIATION DATA**
As Indicated On Each Call

**26. TOTAL AWARD AMOUNT (For Govt. Use Only)**
$0.00

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED
☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☒ 29. AWARD OF CONTRACT REF. FPR OFFER DATED 01/06/2009. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: ALL

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|
| *(signature)* | *(signature)* |
| 30b. NAME AND TITLE OF SIGNER (Type or print) Wesley E. Sturdivant, Executive Vice President | 30c. DATE SIGNED 01/30/2009 | 31b. NAME OF CONTRACTING OFFICER (Type or print) Patricia R. Campbell | 31c. DATE SIGNED 1/30/09 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 3/2005)
Prescribed by GSA - FAR (48 CFR) 53.212

1

PSI01483
CONFIDENTIAL

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | | 1 / 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| P00009 | See Block 16C. | | |

| 6. ISSUED BY | CODE | OPO/FPS/EAST CCG/: | 7. ADMINISTERED BY (If other than Item 6) | CODE | OPO/FPS/EAST CCG/E |
|---|---|---|---|---|---|

| 6. ISSUED BY | 7. ADMINISTERED BY |
|---|---|
| NPPD/FPS/East CCG/Region 3<br>U.S. Dept. of Homeland Security<br>Federal Protective Service<br>Office of Procurement Operations<br>701 Market Street, Suite 4200<br>Philadelphia PA 19106 | NPPD/FPS/East CCG/Region 3<br>U.S. Dept. of Homeland Security<br>Ofc of Procurement Operations - FPS<br>701 Market Street, Suite 4200<br>Attn: Jerry Buday<br>Philadelphia PA 19106 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| PROTECTION STRATEGIES INCORPORATED<br>2300 9TH STREET SOUTH<br>SUITE 400<br>ARLINGTON VA 222042387 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSCEE3-09-A-00006 |
| CODE 0407732640000 | FACILITY CODE | 10B. DATED (SEE ITEM 13)<br>01/30/2009 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) |
|---|
| See Schedule |

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 42.12 and 43.103(a)(3) and mutual agreement of the parties. | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return __1__ copies to the issuing office.

### 14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

GSA Contract #: GS-07F-0442N
HSCEE3-09-A-00006

Guard Services at the National Biodefense and Countermeasures Center

The purpose of this modification is to incorporate the class modification between U.S. Department of Homeland Security, Office of Procurement Operations, S&T acquisition Branch, Washington, D.C. and Protection Strategies Incorporated d.b.a Eagle Technologies Inc. (formerly Eagle Technologies Inc.) dated 15 December 2010, and in accordance with FAR 42.1204, an agreement to recognize a Successor in Interest (Novation Agreement).

All other terms and conditions remain the same.
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| Joseph P. Richards, President | Todd M. Wanner |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| _Joseph P.S._<br>(Signature of person authorized to sign) | 01-28-11 | _(Signature of Contracting Officer)_ | 1/28/11 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

PSI01626
CONFIDENTIAL

NAME OF OFFEROR OR CONTRACTOR
PROTECTION STRATEGIES INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | POINTS OF CONTACT<br>COTR: Inspector Sylvia Dean (410)786-4043<br>Alternate COTR: Louis Mount (410)786-3583<br>Contracting Officer: Todd Wanner (215)521-2251<br>Contract Specialist: Jerry Buday (215)521-2271<br>DO/DPAS Rating: NONE | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

PSI01627
CONFIDENTIAL

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | | 1    3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| P00010 | 12/13/2010 | | |

| 6. ISSUED BY | CODE | DHS/OPO/S&T/S&T | 7. ADMINISTERED BY (if other than Item 6) | CODE | DHS/OPO/S&T/S&T |
|---|---|---|---|---|---|

6. ISSUED BY
U.S. Dept. of Homeland Security
Office of Procurement Operations
S&T Acquisition Branch
245 Murray Lane, SW
Building 410
Washington DC 20528

7. ADMINISTERED BY
U.S. Dept. of Homeland Security
Office of Procurement Operations
S&T Acquisition Branch
245 Murray Lane, SW
Building 410
Washington DC 20528

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

PROTECTION STRATEGIES INCORPORATED
2300 9TH STREET SOUTH
SUITE 400
ARLINGTON VA 222042387

(X)

| | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | |
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | HSHQDC-08-D-00001 |
| | 10B. DATED (SEE ITEM 13) |
| | 11/01/2007 |

CODE   0407732640000     FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)
See Schedule

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | FAR Parts 42.12 & 43.103(a)(3) - Mutual Agreement of the parties |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not. [X] is required to sign this document and return _____ 1 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
DUNS Number: 040773264+0000
The purpose of this class modification is at the Contractors request dated 08 Apr 2010, and
in accordance with FAR Part 42.1204, an agreement to recognize a Successor in Interest
(NOVATION AGREEMENT), as set forth on pages 2 and 3 herein.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 8A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Rebecca Pastorella |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 12-15-10 | (Signature of Contracting Officer) | 15 Dec 2010 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

PSI01628
CONFIDENTIAL

NAME OF OFFEROR OR CONTRACTOR
PROTECTION STRATEGIES INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|---|
| | 1.    PURPOSE OF CLASS MODIFICATION:  The purpose of this class modification is at the Contractors request dated 08 Apr 2010, and in accordance with FAR Part 42.1204, an agreement to recognize a Successor in Interest (NOVATION AGREEMENT), is finalized for the following Department of Homeland Security (DHS) contracts:<br><br>HSHQDC-08-D-00001<br>Security Guard Services, Plum Island, NY<br><br>HSCG84-09-N-AA5293<br>Security Guard Services, Elizabeth City, NC<br><br>GS-07F-0442N  HSCG84-06-F-AA5167<br>Security Guard Services, Yorktown, VA<br><br>GS-07F-0442N  HSCG84-07-F-AA5195<br>Security Guard Services, Cape May, NJ<br><br>GS-07F-0442N  HSCEE3-09-A-00006<br>Security Guard Services, Ft Detrick, MD<br><br>GS-07F-0442N  HSCG84-06-F-AA7144<br>Security Guard Services, AS and BSU Miami, FL<br><br>2.    CONTRACTOR:   The Contractor name is hereby changed to read:<br><br>From:   Eagle Technologies, Incorporated<br>            9301 Annapolis Rd STE 200<br>            Lanham, MD  20706-3130<br>            Cage Code:  1N3C7<br><br>To:     Protection Strategies Incorporated<br>            2300 9th ST S, STE 503<br>            Arlington, VA  22204-2320<br>            Cage Code:  1JF37<br><br>3.    INCORPORATE ATTACHMENTS:<br><br>a.  The list of DHS contracts affected with all required information is incorporated as Attachment 1 to this modification.<br><br>b.  The Novation Agreement, effective 13 Nov 2010, is hereby incorporated as part of each contract listed above in paragraph 1, as Attachment 2 to this modification.<br>Continued ... | | | | | |

PSI01629
CONFIDENTIAL

NAME OF OFFEROR OR CONTRACTOR
PROTECTION STRATEGIES INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|---|
| | 4.   As a result of this modification, there is no change to the total contract value on each contract listed above in paragraph 1.<br><br>5.   ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME FOR EACH CONTRACT LISTED ABOVE IN PARAGRAPH 1.<br>(End of Modification)<br>AAP Number: 67772 DO/DPAS Rating: NONE<br>Period of Performance: 11/01/2010 to 10/31/2011 | | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

PSI01630
CONFIDENTIAL

## Eagle Technologies, Inc.
### Contracts with the Department of Homeland Security as of March 1, 2010

| | | | | | | |
|---|---|---|---|---|---|---|
| 3450 | Plum Island Animal Disease Center (PIADC) Security Guard Services Period of Performance: 11/01/2007 through 10/31/2012 | HSHQDC-08-D-00001 | Firm Fixed Price Labor Hour IDIQ | US Department of Homeland Security Office of Procurement Operations S&T Acquisition Branch Attn: Rebecca Pastorella, Contracting Officer 245 Murray Lane SW, Building 410 Washington, DC 20528 | $3,387,092.83 | $2,258,061.89 |
| 3480 | Armed Security Guard and Alarm Monitor Services @ BSU Elizabeth City, NC Period of Performance: 04/15/2009 through 09/30/2011 | HSCG84-09-N-AA5293 | Firm Fixed Price IDIQ | US Department of Homeland Security USCG SILC Attn: Ms. Connet Broadnax, Contracts Specialist 300 East Main Street, Suite 965 Norfolk, VA 23510-9113 | $1,263,077.52 | $736,795.22 |
| 3290 | Security Guard Services at USCG Training Center, Yorktown, VA Period of Performance: 10/01/2006 through 09/30/2015 | GS-07F-0442N HSCG84-06-F-AA5167 | Firm Fixed Price IDIQ | US Department of Homeland Security USCG SILC Attn: Ms. Roberta Smithn, Contracts Specialist 300 East Main Street, Suite 965 Norfolk, VA 23510-9113 | $792,966.84 | $462,563.99 |
| 3420 | Armed Guard Services at USCG TRACEN Cape May, NJ Period of Performance: 10/01/2007 through 9/30/2017 | GS-07F-0442N HSCG84-07-F-AA5195 | Firm Fixed Price IDIQ | US Department of Homeland Security USCG SILC Attn: Ms. Erin Bass, Contracts Specialist 300 East Main Street, Suite 965 Norfolk, VA 23510-9113 | $756,246.36 | $441,143.71 |
| 3490 | Armed Security Guard Services at the National Biodefense Analysis & Countermeasures Center (NBACC), Ft. Detrick, MD Period of Performance: 02/01/2009 through 03/30/2014 | GS-07F-0442N HSCEE3-09-A-00006 | Blanket Purchase Agreement Firm Fixed Price IDIQ | US Department of Homeland Security Immigration & Customs Enforcement Federal Protective Service Attn: Todd Wanner, Contracting Officer 701 Market Street, Suite 4200 Philadelphia, PA 19106 | $1,596,288.51 | $399,072.13 |
| 3260 | Unarmed/Armed Guard Services at AS Miami and BSU Miami Period of Performance: 01/01/2006 through 09/30/2010 | GS-07F-0442N HSCG84-06-F-AA7144 | Firm Fixed Price IDIQ | US Department of Homeland Security USCG SILC Attn: Ms. Maria L. Negron, Contracts Specialist 300 East Main Street, Suite 965 Norfolk, VA 23510-9113 | $607,053.84 | $354,114.74 |

PSI01631
CONFIDENTIAL

## NOVATION AGREEMENT

EAGLE TECHNOLOGIES INCORPORATED (Transferor), a corporation duly organized and existing under the laws of Maryland with its principal office in Lanham, Maryland; PROTECTION STRATEGIES INCORPORATED, having the Tax ID Number 52-2126333 and cage code 1JF37 (Transferee), a corporation duly organized and existing under the laws of the Commonwealth of Virginia with its principal office in Arlington, VA; and the UNITED STATES OF AMERICA (Government) enter into this Agreement as of March 1, 2010.

(a) THE PARTIES AGREE TO THE FOLLOWING FACTS:

(1) The Government, represented by various Contracting Officers of the US Department of Homeland Security, has entered into certain contracts with the Transferor, as shown in the attached list marked 'Exhibit A' and incorporated in this Agreement by reference. The term *the contracts*, as used in this Agreement, means the above contracts and purchase orders and all other contracts and purchase orders, including all modifications, made between the Government and the Transferor before the effective date of this Agreement (whether or not performance and payment have been completed and releases executed if the Government or the Transferor has any remaining rights, duties, or obligations under these contracts and purchase orders). Included in the term *the contracts* are also all modifications made under the terms and conditions of these contracts and purchase orders between the Government and the Transferee, on or after the effective date of this Agreement.

(2) As of March 1, 2010, the Transferor has transferred to the Transferee all the assets of the Transferor by virtue of the Asset Purchase Agreement dated March 1, 2010, between Protection Strategies Incorporated, having the Tax ID Number 52-212633 and cage code 1JF37 and Eagle Technologies, Inc., (the "Purchase Agreement") the Transferee and Transferor, respectively.

(3) The Transferee has acquired all the assets, and acquired none of the equity ownership interest in or stock shares, of the Transferor by virtue of the above transfer as set forth in Section 1.1 of the Purchase Agreement.

(4) The Transferee has assumed all obligations and liabilities of the Transferor under the contracts by virtue of the above transfer.

(5) The Transferee is in a position to fully perform all obligations that may exist under the contracts.

(6) It is consistent with the Government's interest to recognize the Transferee as the successor party to the contracts.

(7) Evidence of the above transfer has been filed with the Government.

(8) Transferee has acquired legal rights to Transferor's names and trademarks, and Transferee anticipates that it will continue to use the foregoing names and trademark in relation to and performance of the contracts. In the event that Transferee elects to discontinue use of Transferor's names and trademarks, Transferee shall notify the Government of any change in such status.

(b) IN CONSIDERATION OF THESE FACTS, THE PARTIES AGREE THAT BY THIS AGREEMENT—

(1) The Transferor confirms the transfer to the Transferee, and waives any claims and rights against the Government that it now has or may have in the future in connection with the contracts.

(2) The Transferee agrees to be bound by and to perform each contract in accordance with the conditions contained in the contracts. The Transferee also assumes all obligations and liabilities of, and all claims against, the Transferor under the contracts as if the Transferee were the original party to the contracts.

PSI01632
CONFIDENTIAL

(3) The Transferee ratifies all previous actions taken by the Transferor with respect to the contracts, with the same force and effect as if the action had been taken by the Transferee.

(4) The Government recognizes the Transferee as the Transferor's successor in interest in and to the contracts. The Transferee by this Agreement becomes entitled to all rights, titles, and interests of the Transferor in and to the contracts as if the Transferee were the original party to the contracts. Following the effective date of this Agreement, the term *Contractor*, as used in the contracts, shall refer to the Transferee.

(5) Except as expressly provided in this Agreement, nothing in it shall be construed as a waiver of any rights of the Government against the Transferor.

(6) All payments and reimbursements previously made by the Government to the Transferor, and all other previous actions taken by the Government under the contracts, shall be considered to have discharged those parts of the Government's obligations under the contracts. All payments and reimbursements made by the Government after the date of this Agreement in the name of or to the Transferor shall have the same force and effect as if made to the Transferee, and shall constitute a complete discharge of the Government's obligations under the contracts to the extent of the amounts paid or reimbursed.

(7) The Transferor and the Transferee agree that the Government is not obligated to pay or reimburse either of them for, or otherwise give effect to, any costs, taxes, or other expenses, or any related increases, directly or indirectly arising out of or resulting from the transfer or this Agreement, other than those that the Government in the absence of this transfer or Agreement would have been obligated to pay or reimburse under the terms of the contracts.

(8) The Transferor guarantees payment of all liabilities and the performance of all obligations that the Transferee–

    (i) assumes under this Agreement or

    (ii) may undertake in the future should these contracts be modified under their terms and conditions. The Transferor waives notice of, and consents to, any such future modifications.

(9) The contracts shall remain in full force and effect, except as modified by this Agreement. Each party has executed this Agreement as of the day and year first above written.

UNITED STATES OF AMERICA,

By _REBECCA J. PASTORELLA_
Title _CONTRACTING OFFICER_   14 Dec 2010

PROTECTION STRATEGIES INCORPORATED,

By _Keith P. Kleiman_
Title _President and CEO_

EAGLE TECHNOLOGIES INCORPORATED,

By _Nicholas V. Williams_
Title _President & CEO_

PSI01633
CONFIDENTIAL

CERTIFICATE

I, Loik S. Henderson, certify that I am the General Counsel of PROTECTION STRATEGIES INCORPORATED (PSI); that Keith P. Hedman, who signed this Agreement for this corporation, was then President and CEO, Secretary, and Sole Director of this corporation; and that this Agreement was duly signed for and on behalf of this corporation by authority of its governing body and within the scope of its corporate powers.

Witness my hand and the seal of this corporation this 10th day of Dec. 2010.

By _____

CERTIFICATE

I, Leonard T. Kraus, certify that I am Senior Vice President of EAGLE TECHNOLOGIES INCORPORATED; that Nick Christiansen, who signed this Agreement for this corporation, was then President and CEO, and Secretary, of this corporation; and that this Agreement was duly signed for and on behalf of this corporation by authority of its governing body and within the scope of its corporate powers.

Witness my hand and the seal of this corporation this 10th day of Dec 2010.

By Leonard J. Kraus

PSI01634
CONFIDENTIAL

**SUPPORT DOCUMENT FOR NOVATION - LIST OF AFFECTED CONTRACTS**
Transferor Contracts with the US Department of Homland Security

| Contract Name | Contract # | Type | Name & Address of Contracting Office | Total Dollar Value as Amended (FY10) | Approximate Remaining Unpaid Balance (FY10) |
|---|---|---|---|---|---|
| Plum Island Animal Disease Center (PIADC) Security Guard Services Period of Performance: 11/01/2007 through 10/31/2012 | HSHQDC-08-D-00001 | Firm Fixed Price Labor Hour IDIQ | US Department of Homeland Security Office of Procurement Operations S&T Acquisition Branch Attn: Rebecca Pastorella, Contracting Officer 245 Murray Lane SW, Building 410 Washington, DC 20528 | $3,387,092.83 | $2,258,061.89 |
| Armed Security Guard and Alarm Monitor Services @ BSU Elizabeth City, NC Period of Performance: 04/15/2009 through 09/30/2011 | HSCG84-09-N-AA5293 | Firm Fixed Price IDIQ | US Department of Homeland Security US Coast Guard, Maintenance and Logistics Command Atlantic (MLCLANT) Attn: Ms. Connet Broadnax, Contracts Specialist 300 East Main Street, Suite 965 Norfolk, VA 23510-9113 | $1,263,077.52 | $736,795.22 |
| Security Guard Services at USCG Training Center, Yorktown, VA Period of Performance: 10/01/2006 through 09/30/2015 | GS-07F-0442N HSCG84-06-F-AA5167 | Firm Fixed Price IDIQ | US Department of Homeland Security US Coast Guard, Maintenance and Logistics Command Atlantic (MLCLANT) Attn: Ms. Roberta Smithn, Contracts Specialist 300 East Main Street, Suite 965 Norfolk, VA 23510-9113 | $792,966.84 | $462,563.99 |
| Armed Guard Services at USCG TRACEN Cape May, NJ Period of Performance: 10/01/2007 through 9/30/2017 | GS-07F-0442N HSCG84-07-F-AA5195 | Firm Fixed Price IDIQ | US Department of Homeland Security US Coast Guard, Maintenance and Logistics Command Atlantic (MLCLANT) Attn: Ms. Erin Bass, Contracts Specialist 300 East Main Street, Suite 965 Norfolk, VA 23510-9113 | $756,246.36 | $441,143.71 |
| Armed Security Guard Services at the National Biodefense Analysis & Countermeasures Center (NBACC), Ft. Detrick, MD Period of Performance: 02/01/2009 through 03/30/2014 | GS-07F-0442N HSCEE3-09-A-00006 | Blanket Purchase Agreement Firm Fixed Price IDIQ | US Department of Homeland Security Immigration & Customs Enforcement Federal Protective Service Attn: Todd Wanner, Contracting Officer 701 Market Street, Suite 4200 Philadelphia, PA 19106 | $1,596,288.51 | $399,072.13 |

**Contracts of Eagle Technologies Inc. (Transferor) Acquired by Protection Strategies Incorporated (Successor)**

PSI01635
CONFIDENTIAL

**SUPPORT DOCUMENT FOR NOVATION - LIST OF AFFECTED CONTRACTS**
**Transferor Contracts with the US Department of Homland Security**

| Contract Name | Contract # | Type | Name & Address of Contracting Office | Total Dollar Value as Amended (FY10) | Approximate Remaining Unpaid Balance (FY10) |
|---|---|---|---|---|---|
| Unarmed/Armed Guard Services at AS Miami and BSU Miami Period of Performance: 01/01/2006 through 09/30/2010 | GS-07F-0442N HSCG84-06-F-AA7144 | Firm Fixed Price IDIQ | US Department of Homeland Security US Coast Guard, Maintenance and Logistics Command Atlantic (MLCLANT) Attn: Ms. Maria L. Negron, Contracts Specialist 300 East Main Street, Suite 965 Norfolk, VA 23510-9113 | $607,053.84 | $354,114.74 |

**Contracts of Eagle Technologies Inc. (Transferor) Acquired by Protection Strategies Incorporated (Successor)**

PSI01636
CONFIDENTIAL

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (if applicable) |
|---|---|---|---|
| P00010 | 12/13/2010 | | |

| 6. ISSUED BY | CODE | DHS/OPO/S&T/S&T | 7. ADMINISTERED BY (if other than Item 6) | CODE | DHS/OPO/S&T/S&T |
|---|---|---|---|---|---|

| 6. ISSUED BY |
|---|
| U.S. Dept. of Homeland Security |
| Office of Procurement Operations |
| S&T Acquisition Branch |
| 245 Murray Lane, SW |
| Building 410 |
| Washington DC 20528 |

| 7. ADMINISTERED BY (if other than Item 6) |
|---|
| U.S. Dept. of Homeland Security |
| Office of Procurement Operations |
| S&T Acquisition Branch |
| 245 Murray Lane, SW |
| Building 410 |
| Washington DC 20528 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|---|
| PROTECTION STRATEGIES INCORPORATED | | | (x) | 9B. DATED (SEE ITEM 11) |
| 2300 9TH STREET SOUTH | | | | |
| SUITE 400 | | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| ARLINGTON VA 222042387 | | | | HSHQDC-08-D-00001 |
| | | | | 10B. DATED (SEE ITEM 13) |
| CODE 0407732640000 | FACILITY CODE | | | 11/01/2007 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (if required)**
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: <br> FAR Parts 42.12 & 43.103(a)(3) - Mutual Agreement of the parties |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return ____1____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

DUNS Number: 040773264+0000
The purpose of this class modification is at the Contractors request dated 08 Apr 2010, and in accordance with FAR Part 42.1204, an agreement to recognize a Successor in Interest (NOVATION AGREEMENT), as set forth on pages 2 and 3 herein.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| _____ _____ President | Rebecca Pastorella |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 12-15-10 | Rebecca Pastorella (Signature of Contracting Officer) | 15 Dec 2010 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

PSI01628
CONFIDENTIAL

NAME OF OFFEROR OR CONTRACTOR
PROTECTION STRATEGIES INCORPORATED

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|---|
| | 1. PURPOSE OF CLASS MODIFICATION: The purpose of this class modification is at the Contractors request dated 08 Apr 2010, and in accordance with FAR Part 42.1204, an agreement to recognize a Successor in Interest (NOVATION AGREEMENT), is finalized for the following Department of Homeland Security (DHS) contracts:<br><br>HSHQDC-08-D-00001<br>Security Guard Services, Plum Island, NY<br><br>HSCG84-09-N-AA5293<br>Security Guard Services, Elizabeth City, NC<br><br>GS-07F-0442N  HSCG84-06-F-AA5167<br>Security Guard Services, Yorktown, VA<br><br>GS-07F-0442N  HSCG84-07-F-AA5195<br>Security Guard Services, Cape May, NJ<br><br>GS-07F-0442N  HSCEE3-09-A-00006<br>Security Guard Services, Ft Detrick, MD<br><br>GS-07F-0442N  HSCG84-06-F-AA7144<br>Security Guard Services, AS and BSU Miami, FL<br><br>2. CONTRACTOR: The Contractor name is hereby changed to read:<br><br>From: Eagle Technologies, Incorporated<br>        9301 Annapolis Rd STE 200<br>        Lanham, MD  20706-3130<br>        Cage Code:  1N3C7<br><br>To:    Protection Strategies Incorporated<br>        2300 9th ST S, STE 503<br>        Arlington, VA  22204-2320<br>        Cage Code:  1JF37<br><br>3. INCORPORATE ATTACHMENTS:<br><br>a. The list of DHS contracts affected with all required information is incorporated as Attachment 1 to this modification.<br><br>b. The Novation Agreement, effective 13 Nov 2010, is hereby incorporated as part of each contract listed above in paragraph 1, as Attachment 2 to this modification.<br>Continued ... | | | | | |

PSI01629
CONFIDENTIAL

NAME OF OFFEROR OR CONTRACTOR
PROTECTION STRATEGIES INCORPORATED

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|---|
| | 4.   As a result of this modification, there is no change to the total contract value on each contract listed above in paragraph 1. | | | | | |
| | 5.   ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME FOR EACH CONTRACT LISTED ABOVE IN PARAGRAPH 1. (End of Modification) AAP Number: 67772 DO/DPAS Rating: NONE Period of Performance: 11/01/2010 to 10/31/2011 | | | | | |

PSI01630
CONFIDENTIAL

## Eagle Technologies, Inc.
### Contracts with the Department of Homeland Security as of March 1, 2010

| | | | | | | |
|---|---|---|---|---|---|---|
| 3450 | Plum Island Animal Disease Center (PIADC) Security Guard Services<br>Period of Performance: 11/01/2007 through 10/31/2012 | HSHQDC-08-D-00001 | Firm Fixed Price Labor Hour IDIQ | US Department of Homeland Security<br>Office of Procurement Operations<br>S&T Acquisition Branch<br>Attn: Rebecca Pastorella, Contracting Officer<br>245 Murray Lane SW, Building 410<br>Washington, DC 20528 | $3,387,092.83 | $2,258,061.89 |
| 3480 | Armed Security Guard and Alarm Monitor Services @ BSU Elizabeth City, NC<br>Period of Performance: 04/15/2009 through 09/30/2011 | HSCG84-09-N-AA5293 | Firm Fixed Price IDIQ | US Department of Homeland Security<br>USCG SILC<br>Attn: Ms. Connet Broadnax, Contracts Specialist<br>300 East Main Street, Suite 965<br>Norfolk, VA 23510-9113 | $1,263,077.52 | $736,795.22 |
| 3290 | Security Guard Services at USCG Training Center, Yorktown, VA<br>Period of Performance: 10/01/2006 through 09/30/2015 | GS-07F-0442N<br>HSCG84-06-F-AA5167 | Firm Fixed Price IDIQ | US Department of Homeland Security<br>USCG SILC<br>Attn: Ms. Roberta Smithn, Contracts Specialist<br>300 East Main Street, Suite 965<br>Norfolk, VA 23510-9113 | $792,966.84 | $462,563.99 |
| 3420 | Armed Guard Services at USCG TRACEN Cape May, NJ<br>Period of Performance: 10/01/2007 through 9/30/2017 | GS-07F-0442N<br>HSCG84-07-F-AA5195 | Firm Fixed Price IDIQ | US Department of Homeland Security<br>USCG SILC<br>Attn: Ms. Erin Bass, Contracts Specialist<br>300 East Main Street, Suite 965<br>Norfolk, VA 23510-9113 | $756,246.36 | $441,143.71 |
| 3490 | Armed Security Guard Services at the National Biodefense Analysis & Countermeasures Center (NBACC), Ft. Detrick, MD<br>Period of Performance: 02/01/2009 through 03/30/2014 | GS-07F-0442N<br>HSCEE3-09-A-00006 | Blanket Purchase Agreement<br>Firm Fixed Price IDIQ | US Department of Homeland Security<br>Immigration & Customs Enforcement<br>Federal Protective Service<br>Attn: Todd Wanner, Contracting Officer<br>701 Market Street, Suite 4200<br>Philadelphia, PA 19106 | $1,596,288.51 | $399,072.13 |
| 3260 | Unarmed/Armed Guard Services at AS Miami and BSU Miami<br>Period of Performance: 01/01/2006 through 09/30/2010 | GS-07F-0442N<br>HSCG84-06-F-AA7144 | Firm Fixed Price IDIQ | US Department of Homeland Security<br>USCG SILC<br>Attn: Ms. Maria L. Negron, Contracts Specialist<br>300 East Main Street, Suite 965<br>Norfolk, VA 23510-9113 | $607,053.84 | $354,114.74 |

PSI01631
CONFIDENTIAL

## NOVATION AGREEMENT

EAGLE TECHNOLOGIES INCORPORATED (Transferor), a corporation duly organized and existing under the laws of Maryland with its principal office in Lanham, Maryland; PROTECTION STRATEGIES INCORPORATED, having the Tax ID Number 52-2126333 and cage code 1JF37 (Transferee), a corporation duly organized and existing under the laws of the Commonwealth of Virginia with its principal office in Arlington, VA; and the UNITED STATES OF AMERICA (Government) enter into this Agreement as of March 1, 2010.

(a) THE PARTIES AGREE TO THE FOLLOWING FACTS:

(1) The Government, represented by various Contracting Officers of the **US Department of Homeland Security**, has entered into certain contracts with the Transferor, as shown in the attached list marked 'Exhibit A' and incorporated in this Agreement by reference. The term *the contracts,* as used in this Agreement, means the above contracts and purchase orders and all other contracts and purchase orders, including all modifications, made between the Government and the Transferor before the effective date of this Agreement (whether or not performance and payment have been completed and releases executed if the Government or the Transferor has any remaining rights, duties, or obligations under these contracts and purchase orders). Included in the term *the contracts* are also all modifications made under the terms and conditions of these contracts and purchase orders between the Government and the Transferee, on or after the effective date of this Agreement.

(2) As of March 1, 2010, the Transferor has transferred to the Transferee all the assets of the Transferor by virtue of the Asset Purchase Agreement dated March 1, 2010, between Protection Strategies Incorporated, having the Tax ID Number 52-212633 and cage code 1JF37 and Eagle Technologies, Inc., (the "Purchase Agreement") the Transferee and Transferor, respectively.

(3) The Transferee has acquired all the assets, and acquired none of the equity ownership interest in or stock shares, of the Transferor by virtue of the above transfer as set forth in Section 1.1 of the Purchase Agreement.

(4) The Transferee has assumed all obligations and liabilities of the Transferor under the contracts by virtue of the above transfer.

(5) The Transferee is in a position to fully perform all obligations that may exist under the contracts.

(6) It is consistent with the Government's interest to recognize the Transferee as the successor party to the contracts.

(7) Evidence of the above transfer has been filed with the Government.

(8) Transferee has acquired legal rights to Transferor's names and trademarks, and Transferee anticipates that it will continue to use the foregoing names and trademark in relation to and performance of the contracts. In the event that Transferee elects to discontinue use of Transferor's names and trademarks, Transferee shall notify the Government of any change in such status.

(b) IN CONSIDERATION OF THESE FACTS, THE PARTIES AGREE THAT BY THIS AGREEMENT—

(1) The Transferor confirms the transfer to the Transferee, and waives any claims and rights against the Government that it now has or may have in the future in connection with the contracts.

(2) The Transferee agrees to be bound by and to perform each contract in accordance with the conditions contained in the contracts. The Transferee also assumes all obligations and liabilities of, and all claims against, the Transferor under the contracts as if the Transferee were the original party to the contracts.

PSI01632
CONFIDENTIAL

(3) The Transferee ratifies all previous actions taken by the Transferor with respect to the contracts, with the same force and effect as if the action had been taken by the Transferee.

(4) The Government recognizes the Transferee as the Transferor's successor in interest in and to the contracts. The Transferee by this Agreement becomes entitled to all rights, titles, and interests of the Transferor in and to the contracts as if the Transferee were the original party to the contracts. Following the effective date of this Agreement, the term *Contractor*, as used in the contracts, shall refer to the Transferee.

(5) Except as expressly provided in this Agreement, nothing in it shall be construed as a waiver of any rights of the Government against the Transferor.

(6) All payments and reimbursements previously made by the Government to the Transferor, and all other previous actions taken by the Government under the contracts, shall be considered to have discharged those parts of the Government's obligations under the contracts. All payments and reimbursements made by the Government after the date of this Agreement in the name of or to the Transferor shall have the same force and effect as if made to the Transferee, and shall constitute a complete discharge of the Government's obligations under the contracts to the extent of the amounts paid or reimbursed.

(7) The Transferor and the Transferee agree that the Government is not obligated to pay or reimburse either of them for, or otherwise give effect to, any costs, taxes, or other expenses, or any related increases, directly or indirectly arising out of or resulting from the transfer or this Agreement, other than those that the Government in the absence of this transfer or Agreement would have been obligated to pay or reimburse under the terms of the contracts.

(8) The Transferor guarantees payment of all liabilities and the performance of all obligations that the Transferee–

    (i) assumes under this Agreement or

    (ii) may undertake in the future should these contracts be modified under their terms and conditions. The Transferor waives notice of, and consents to, any such future modifications.

(9) The contracts shall remain in full force and effect, except as modified by this Agreement. Each party has executed this Agreement as of the day and year first above written.


UNITED STATES OF AMERICA,

By _REBECCA J. PASTORELLA_

Title _CONTRACTING OFFICER_    14 Dec 2010


PROTECTION STRATEGIES INCORPORATED,

By _____

Title _President and CEO_


EAGLE TECHNOLOGIES INCORPORATED,

By _____

Title _President & CEO_

CERTIFICATE

I, Loik S. Henderson, certify that I am the General Counsel of PROTECTION STRATEGIES INCORPORATED (PSI); that Keith P. Hedman, who signed this Agreement for this corporation, was then President and CEO, Secretary, and Sole Director of this corporation; and that this Agreement was duly signed for and on behalf of this corporation by authority of its governing body and within the scope of its corporate powers.

Witness my hand and the seal of this corporation this 10th day of Dec. 2010.

By _____

CERTIFICATE

I, Leonard T. Kraus, certify that I am Senior Vice President of EAGLE TECHNOLOGIES INCORPORATED; that Nick Christiansen, who signed this Agreement for this corporation, was then President and CEO, and Secretary, of this corporation; and that this Agreement was duly signed for and on behalf of this corporation by authority of its governing body and within the scope of its corporate powers.

Witness my hand and the seal of this corporation this 10th day of Dec 2010.

By Leonard J. Kraus

PSI01634
CONFIDENTIAL

**SUPPORT DOCUMENT FOR NOVATION - LIST OF AFFECTED CONTRACTS**
**Transferor Contracts with the US Department of Homland Security**

| Contract Name | Contract # | Type | Name & Address of Contracting Office | Total Dollar Value as Amended (FY10) | Approximate Remaining Unpaid Balance (FY10) |
|---|---|---|---|---|---|
| Plum Island Animal Disease Center (PIADC) Security Guard Services Period of Performance: 11/01/2007 through 10/31/2012 | HSHQDC-08-D-00001 | Firm Fixed Price Labor Hour IDIQ | US Department of Homeland Security Office of Procurement Operations S&T Acquisition Branch Attn: Rebecca Pastorella, Contracting Officer 245 Murray Lane SW, Building 410 Washington, DC 20528 | $3,387,092.83 | $2,258,061.89 |
| Armed Security Guard and Alarm Monitor Services @ BSU Elizabeth City, NC Period of Performance: 04/15/2009 through 09/30/2011 | HSCG84-09-N-AA5293 | Firm Fixed Price IDIQ | US Department of Homeland Security US Coast Guard, Maintenance and Logistics Command Atlantic (MLCLANT) Attn: Ms. Connet Broadnax, Contracts Specialist 300 East Main Street, Suite 965 Norfolk, VA 23510-9113 | $1,263,077.52 | $736,795.22 |
| Security Guard Services at USCG Training Center, Yorktown, VA Period of Performance: 10/01/2006 through 09/30/2015 | GS-07F-0442N HSCG84-06-F-AA5167 | Firm Fixed Price IDIQ | US Department of Homeland Security US Coast Guard, Maintenance and Logistics Command Atlantic (MLCLANT) Attn: Ms. Roberta Smithn, Contracts Specialist 300 East Main Street, Suite 965 Norfolk, VA 23510-9113 | $792,966.84 | $462,563.99 |
| Armed Guard Services at USCG TRACEN Cape May, NJ Period of Performance: 10/01/2007 through 9/30/2017 | GS-07F-0442N HSCG84-07-F-AA5195 | Firm Fixed Price IDIQ | US Department of Homeland Security US Coast Guard, Maintenance and Logistics Command Atlantic (MLCLANT) Attn: Ms. Erin Bass, Contracts Specialist 300 East Main Street, Suite 965 Norfolk, VA 23510-9113 | $756,246.36 | $441,143.71 |
| Armed Security Guard Services at the National Biodefense Analysis & Countermeasures Center (NBACC), Ft. Detrick, MD Period of Performance: 02/01/2009 through 03/30/2014 | GS-07F-0442N HSCEE3-09-A-00006 | Blanket Purchase Agreement Firm Fixed Price IDIQ | US Department of Homeland Security Immigration & Customs Enforcement Federal Protective Service Attn: Todd Wanner, Contracting Officer 701 Market Street, Suite 4200 Philadelphia, PA 19106 | $1,596,288.51 | $399,072.13 |

**Contracts of Eagle Technologies Inc. (Transferor) Acquired by Protection Strategies Incorporated (Successor)**

PSI01635
CONFIDENTIAL

**SUPPORT DOCUMENT FOR NOVATION - LIST OF AFFECTED CONTRACTS**
**Transferor Contracts with the US Department of Homland Security**

| Contract Name | Contract # | Type | Name & Address of Contracting Office | Total Dollar Value as Amended (FY10) | Approximate Remaining Unpaid Balance (FY10) |
|---|---|---|---|---|---|
| Unarmed/Armed Guard Services at AS Miami and BSU Miami Period of Performance: 01/01/2006 through 09/30/2010 | GS-07F-0442N HSCG84-06-F-AA7144 | Firm Fixed Price IDIQ | US Department of Homeland Security US Coast Guard, Maintenance and Logistics Command Atlantic (MLCLANT) Attn: Ms. Maria L. Negron, Contracts Specialist 300 East Main Street, Suite 965 Norfolk, VA 23510-9113 | $607,053.84 | $354,114.74 |

**Contracts of Eagle Technologies Inc. (Transferor) Acquired by Protection Strategies Incorporated (Successor)**

PSI01636
CONFIDENTIAL